**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OPTICAL DEVICES, LLC | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | )<br>) Civil Action No. 1:13-cv-00139-LPS |
| SHARP ELECTRONICS CORP. and<br>SHARP CORP., | )<br>)<br>) |
| *Defendants.* | )<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and prior to the service of an answer or a motion for summary judgment by Defendants, Plaintiff Optical Devices, LLC hereby gives notice that it is voluntarily dismissing this action in its entirety, with prejudice.

Dated: August 12, 2013                               Respectfully submitted,

/s/ *James G. McMillan, III*
Edmond D. Johnson (No. 2257)
James G. McMillan, III (No. 3979)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

William D. Belanger
Robert A. Brooks
Noah Malgeri
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA  02110-2736
(617) 204-5100

Goutam Patnaik
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C.  20005-2004
(202) 220-1200

*Attorneys for Plaintiff Optical Devices, LLC*

## **CERTIFICATE OF SERVICE**

I, James G. McMillan, hereby certify that on August 12, 2013, a true and correct copy of Plantiff's Notice of Voluntary Dismissal with Prejudice was served electronically with the Clerk of the Court via CM/ECF, which will send automatic notification of the filing to the following:

>Frederick L. Cottrell, III, Esquire
>Jason J. Rawnsley, Esquire
>Richards, Layton & Finger, P.A.
>920 N. King Street
>One Rodney Square
>Wilmington, DE   19801
>
>*Attorneys for Defendants Sharp*
>*Electronics Corp. and Sharp Corp.*

/s/ *James G. McMillan, III*
James G. McMillan, III (No. 3979)